UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT D. WARREN, | |
| Plaintiff, | |
| v. | C24-1320 TSZ |
| REGUS MANAGMENT GROUP, LLC, | MINUTE ORDER |
| Defendant. | |

Pursuant to the stipulation of the parties, docket no. 12, the Court, the Honorable Thomas S. Zilly, United States District Judge, enters the following Minute Order:

(1) The Court GRANTS Plaintiff's motion to file an amended complaint, docket no. 10, in the form attached as exhibit 10-1. The amended complaint shall be deemed filed.

(2) Defendant's motion to dismiss, docket no. 5, and Defendant's stipulation to permit Plaintiff to file an amended complaint, docket no. 12, are STRICKEN as moot.

(3) Defendant shall respond to the amended complaint by October 21, 2024. The Court approves the parties' stipulation that Defendant has not waived and does expressly reserve any of its defenses, including but not limited to all defenses available to it under Fed. R. Civ. P. 12.

(4) The telephonic status conference set for September 24, 2024, at 10:00 a.m. is STRICKEN.

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

MINUTE ORDER - 1

Dated this 23rd day of September, 2024.

Ravi Subramanian  
Clerk

s/Laurie Cuaresma  
Deputy Clerk

MINUTE ORDER - 2