UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT D. WARREN,

               Plaintiff,

   v.

REGUS MANAGMENT GROUP,
LLC,

            Defendant.

C24-1320 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The Court GRANTS the parties' stipulated motion to extend deadlines and briefing schedule. Docket no. 20.

(2)    Defendant shall respond to the amended complaint, docket no. 14, by November 4, 2024. Plaintiff's response to Defendant's anticipated motion to dismiss is due by December 2, 2024. Defendant's reply in support of the anticipated motion to dismiss is due by December 16, 2024.

(3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of October, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1